RECEIVED CLERK

MAR 2 6 2014

U.S. DISTRICT COURT

Name: EARL L. Barnes
Address: P.O. Box 250 WAE-348, Draper, UTAH. 84020-0250
Telephone: N/A

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAY 0 8 2014

D. MARK JONES, CLERK
BY
DEPUTY CLERK

EARL L. Barnes pro se
(Full Name)
PLAINTIFF

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

vs.

U. D.C. + EMPLOYEES
Logan S. Clark

Joseph Coombs

Kennon Tubbs

Cody Charlton
Raymond Merrill
DEFENDANTS

Case: 2:14-cv-00226
Assigned To : Nuffer, David
Assign. Date : 3/27/2014
Description: Barnes v. Clark et al

## A. JURISDICTION

1.   Jurisdiction is proper in this court according to:

     a. ✔ 42 U.S.C. §1983
     b. __ 42 U.S.C. §1985
     c. + Other (Please Specify) U.C.A TiTLE 63G-7-501(1)

2.   NAME OF PLAINTIFF   EARL Leston Barnes
IS A CITIZEN OF THE STATE OF   UTAH

PRESENT MAILING ADDRESS:   P.O. Box 250, WAE 348

                                      DRAPER UTah 84020-0250

5

1. Logan S. Clark - acting under color & authority state law - physical assistance

2. Joseph Coombs - acting under color + authority state law - physical assistances

3. Kennon Tubbs - acting under color + authority state law - medical doctor

4. Cody Charlton - acting under color + authority state law A.P.R.N.

5. Raymond Merrill - acting under color + authority state law - physical assistance

1. Logan S, Clark - P.A - I Seen Numours Time about
The infection in my Left ear and The infection in my
bladder from 9-25-2009 To 7-31-2011

2. Joseph Coombs - P.A. - I Seen 3Times about The infection
in my Left ear and my bladder 9-2-2009 To 12-8-2010

3. Kennon Tubbs M.d. I Seen 3Times aboutThe infection
in my Left ear and The infection in my bladder-
9-9-2009 To 3-29-2011

A.P.N.
4. Cody Charlton - I Seen 3Times about The infection
in my Left ear and The infection in my bladder.
3-9-10 To 6-6-2011

5. Raymond Merrill I Seen P.A Merrill give day before
Surgey and ask For pain pills I seen P.A. Merrill
One dayafter surgey The Two answer were The
Same, I had To check with The M.D.

3.   NAME OF FIRST DEFENDANT Logan S. Clark
     IS A CITIZEN OF Salt Lake, Utah
                     (City and State)

     IS EMPLOYED AS P. A.                    at uT. ST. prison
     (Position and Title if Any)      (Organization)
          Was the defendant acting under the authority or color of state law at the time these
          claims occurred?

     YES X NO___. If your answer is "YES" briefly explain.

     See Attached pages # 1-5


4.   NAME OF SECOND DEFENDANT Joseph Coombs
     (If applicable)

     IS A CITIZEN OF Salt Lake   Utah
                     (City and State)

     IS EMPLOYED AS P. A.                    at uT. ST. prison
     (Position and Title if Any)      (Organization)
          Was the defendant acting under the authority or color of state law at the time these
          claims occurred?

     YES X NO___. If your answer is "YES" briefly explain.

     See Attached pages # 2 5


5.   NAME OF THIRD DEFENDANT Kennon Tubbs
     (If applicable)

     IS A CITIZEN OF Salt Lake   Utah
                     (City and State)
     IS EMPLOYED AS M. D.                    at uT. ST. prison
     (Position and Title if Any)      (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES _X_ NO___. If your answer is "YES" briefly explain.

_See ATTached Page   #3-5_

_____

_____

6.    NAME OF FOURTH DEFENDANT _Cody CharLTon_
    (If applicable)

IS A CITIZEN OF _SalT Lake    uTah_
              (city and State)

IS EMPLOYED AS _A. B. R N._____ at _UT. ST. prison_
    (Position and Title if Any)    (Organization)
    Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES _X_ NO___. If your answer is "YES" briefly explain.

_See ATTached page   #4-5_

5.   _Raymond Merrill_

_See ATTached pages   #5-5_

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1.    Why are you bringing this case to court?  Please explain the circumstances that led to the problem.

_AFTer submitTing  25 healTh care requesTs over a period of 34½ monThs For ear and urinary/infecTion of unknown origin and being Seen by each of The Defendants To no avail my Tympanic membrane (eardrum) ruptured and I suffered a maJor hearing loss besides The monThs of exTreme pain, discomPorT, sleeplessness cause by The infecTion iTself and The sTigma aTTached To having To wear a hearing Aid For The remainder of my life so I can Hear aT The Remaing 30% of hearing I have lefT. To This day I STill have a urinary TracT infecTion That I suffer wiTh on a daily bases, That has noT Been diagnosed To any drgee of medical cerTainTy_

7

I Seen P.A. CLARK A NUMEROUS of Time STARTING FROM 9-25-2009 AND WAS Told by P.A. CLARK I had A LOT OF WAX build-up iT Would come ouT. When I got A, iNFECTioN iN my LEFT EAR CLARK ORDER EARDROPS When AS FOR ORAL ANTibiOTiC WAS Told The EAR DROPS had ANTibiOTiC, I ASK To have my EAR FLush WAS Told They DiDNT FLush EARS. IF my EAR WAS FLush AND I WAS giveN ORALANTibiOTiC may be I WOULDNT NEEDER The OPERATiONS. LAST Time I SEEN P.A. CLARK 7-7-2012.

AS AN EmpLoyee of The STATE OF uTAh ACTiNG AS A P.A. he DiD NEGLECT his DuTiES AS A MEDiCAL PROFESSiONAL iN The TREATMENT of my LEFT EAR AND The iNFECTioN, iN my BLADDER.

Immunity Should be WAivED FOR his ACTIONS OR INACTIONS because he ACTEDiNg FRAUDULENT mANNER That ShouLD be DESCRibED AS WiLLFuL misCoNDuCT See u.C.A. TiTLe 63G-7-501 (1) pLAiNTiFF here by PRESENTS The FACTS oF WiLLFuL misCoNDuCT AND FRAUD AS The eLemeNT of This SuiT That WAivES immuNiTy FoR These STATE ACTORS AS Such immuNiTy iS WAIVED AND ALL of The DEFENDANTS ARE SubJECT To LiAbiLiTy AND SubsequeST Judgement. The ACT oF FRAUD iS FRom miss REPRESENTATioNS

made about Non-Existent records or records that are created to purposefully mislead one to believe that certain actions did or did Not occur such as scheduled tele med conferences

1 ##

#2

I Seen P. A. COOMBS- 9-2-2009 That's
When The infection stated in my ear
COOMBS Told me I had a White Thickening
around The Tympa wo plansTy. I was Told
I had To wait To see a M.D..
on. 9-29-2010 Seen P. A. COOMBS I
was Told I have issues with my
ear because I've had several surgeries.
I Told COOMBS I only had one
Surgery, I ask if I could get my ear
flushed? I was Told They don't do That.
I've Seen COOMBS Numerous Times
about my bladder and iT's The
Same Thing We're doing all we Can

as a employee of The state of Utah
acTing as a P. A. he did Neglected
his duTies as a Medical Professional
in The TreaTment of my lefT ear
and my bladder infecTion maybe
if The provider had done his Job I
wouldN'T have Needed The Surgey.

Immunity should be waived for his
acTion or in acTion because he
acTed in a praudulenT manner. That
should be discribed as willfu

#2

misconduct see U.C.A. Title 63G-7-501(1) plaintiff hereby present the facts of willful misconduct and fraud as the element of this suit. That waives Immunity for these state actors as such Immunity is waived and all of the defendants are subject to Liability and subsequent Judgement. The act of fraud is from miss representation made about non-existent records mis Leads one to believe that certain actions did or did n'T occur such as scheduled "Tele med" conferences.

I Seen KenNON TUBBS a Number of Time
For The 34½ monThs I puT up WiTh
my LefT ear inFecTion. Whe ask about
having my earFlushed I was Told They
didNT do That I would ask about
Oral anTibioTic I was Told ear drops
have iT in Them, When I Seen TuBBS
about my bladder inFecTion and if I
Could geT Oral anTibioTc For more
Than 2 week I was Told Two week
was enough. I ask why my bladder
inFecTion Keeps coming back every
one To Two monThs. I was Told he didNT
KNow,

As an Employee of The STaTe of uTah
acTing as a _M.D._ he did negleeT
his duties a a _M.D._ medical
professional in TreaTmenT regimen
he prescribed for The care and TreaTmenT
of my LefT ear and bladder inFecTion

I mmuniTy Should be waived for his
acTions or inacTions because he
acTed in a FrauduLenT manner
ThaT should be described as willFul
misconducT See U. C. a. TiTLe 63G-7-501(1)

#3

plaintiff hereby presents The facts
of willful misconduct and fraud as
The element of This suit That
Waives Immunity is waived and
all of The defentands ar subject
To Liability and sub Sequenl Judgement
The act of fraud is from miss representation
made about non-existent records or
records That are created To purposefully
mis Lead one To believe That Certain
actions did or did not occur such
as Scheduled Tele med Confer-
ence.

#4

When I had appointment with A.P.R.N
Cody Charlton I would ask him for some
Oral antibiotic because the more
I used ear drops the longer I had the
infection and I ask him what causes
an infection. Was told moister
and heat. Then I told him you give
me ear drops and my body the heat don't
That make the infection -- no answer,
Charlton Told me he would order
more ear drops and keep my ear Dry
And I had a whitish clumpy discharge
in my Left ear canal

   As an Employee of the State of Utah,
"Acting as a A.P.R.N. he did neglect
his duties as a medical professional
in the treatment regimen he prescribed
for the care and treatment of my
Left ear.
   Immunity should be Waived for his
Actions or inactions because he
acted in a fraudulent manner That
should be described as willful mis-
conduct see U.C.A. Title 63G-7-501(1)
plaintiff herby presents the facts
of willful misconduct and fraud
as the elements of this suit

#4

That Waive Immunity for These
States actors, as such Immunity
is Waived and of The defendents
are Subject To Liabolity and
Subsequest Judge ment, The act
of Fruad is from miss representation
made about Non-existent records
or records That are Created To
purpose fully miss Lead one
To believe That Certain actions
did or did n't occur Such as
Scheduled "TeLe med" Conferences

#5

7.   Name of Fifth Defendant Raymond
MERRILL. (If Applicable) is a
Citizen of Salt Lake Utah is
Employed AS a P.A. AT Utah State prison
        (position, and, Title if any) (organization)
Was The defendant acting under
The authority or color of State Law
at The Tim These claim occurred?
yes X       NO     if you answer is
yes briefly explain.


I seen A.P.R.N. Ray mond Merrill
ON 1-14-2010 And I Told him my
Left ear drum was ruptured and
him if he could make an earlier
appointment With The E.N.T. Doctor.

I was Told my ear drum couldn'T be
ruptured and how did I know. Told
I had appoinT menT Two Weeks.
I ask for pain pills was Told he
would check With M.D.

I Seen A.P.R.N. RAy mond Merrill on
3-20-2010 The day after Surgey. He
ask what I was Their for? I Told
him Med-Tech Sent me up.

#5

He Then removed and Changed
ouTer dressing. I ask for pain medicine
and was Told he would check with
m. D.

As an Employee of The STaTe of
utah "acting" as A.P. R.N. he
did neglect his duties as a Medical
professional in The Treatment
regimen his prescribed for The
Care and Treatment of my Left
ear before And after surgery

Immunity should be waived for his
actions or in actions because he acted
in a fraudulent manner That should
be described as willful mis conduct
See U.C.A. Title 63 G-7-501(1)
plaintiff here by presents The facts
of willful misconduct and fraud
as The elements of This suit That
Waived Immunity for These States
actors as such Immunity is waived
and all of The defendants are
Subject To liability and subsequent
Judgement. The act of fraud is from
miss restitutions made about

#5

NON-EXistent records or records That are Created To purposefully missLead oNe To believe That CerTain acTions did or did noT occur such as Scheduled TeLe med Conferences

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

    a.    (1)    Count I: _Medical malpracTice/negLecT/maLFaESance_

          (2)    Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

    _See ATTached pages- #1-5_

    b.    (1)    Count II: _Medical malpracTice/negLecT/maLFaESance_

          (2)    Supporting Facts: _See ATTached - 2-5_

    c.    (1)    Count III: _Medical malpracTice/negLecT/maLFaESance_

# Injury

The defendants willful misconduct and fraudulent medical threatment entries have resulted in medical malpractice in that the length of time spent diagnosing and treating my ear infection cost me sleeplessness, pain suffing, acute discomfort and eventually a loss of the majority of hearing in my left ear and they are still denying me treatment an operation that could help improve the loss of hearing I received at the defendands hawds!

Regarding the urinary tract infection. I still deal with all the complications such as sleeplessness frequent urination but never the complete voiding of my bladder pain and feeling that my bladder is still full medications that contraindicate medications Im already receiving and the constant excuses from each of the defendants as to why they can't send me to a special to deal with it properly.

(2)   Supporting Facts: _3-5   See ATTach pages_

_4-5                     See ATTach pages_

_5-5                     See ATTach pages_

## D. INJURY

1.   How have you been injured by the actions of the defendant(s)?

_See ATTached page_

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.   Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES_____ / NO _X_. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a.   Parties to previous lawsuit:

        Plaintiff(s): _____

        Defendant(s): _____

   b.   Name of court and case or docket number:   _____

9

c.     Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

d.     Issues raised: _____

_____

_____

e.     When did you file the lawsuit? _____
                                              Date    Month    Year

f.     When was it (will it be) decided? _____

2.     Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO _____. If your answer is "YES" briefly describe how relief was sought and the results.   If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

_____

### F. REQUEST FOR RELIEF

1.     I believe that I am entitled to the following relief:

I feel I am entitled to proper medical care and I would like money in the amount of 150,000.00 for pain, suffing and the loss of hearing in my left ear, and the denial of proper treatment to increase the amount of hearing I have lost and to address the proper treatment of my urinary tract infection, I feel I am entitled to the return of all medical co-payments I have made regarding my inefficonous treatments received at the hands of the defendants to date

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct.  28 U.S.C. §1746; 18 U.S.C §1621.

Executed at _Utah State Prison_ on _March 17_ ___ 20 _14_.
           (Location)               (Date)


_Earl S. Barnes_
Signature

CERTificaTe of MaiLiNg

I do here by CerTify ThaT a True and correct
Copy was MaiLed, posTage pre paid To The
ATTorNey GeNeral's office, aT 160 East
300 SouTh SaLT Lake CiTy UTah 84114
ON This 17 day of March 2014



Earl L. Banner

conty of SaltLake

my commision expires 8/1/17

NOTARY PUBLIC
ROBERT JENSEN
668513
COMMISSION EXPIRES
AUGUST 1, 2017
STATE OF UTAH