DARIN B. GOFF (11355)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail:  dgoff@utah.gov
*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EARL L. BARNES,<br><br>                    Plaintiff,<br><br>vs.<br><br>UTAH DEPARTMENT OF CORRECTIONS, LOGAN S. CLARK, JOSEPH COOMBS, KENNON TUBBS, CODY CHARLTON, and RAYMOND MERRILL,<br><br>                    Defendants. | **DEFENDANT KENNON TUBBS JOINDER IN MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT**<br><br><br>Case No. 2:14cv00226<br><br>Judge David Nuffer |

Pursuant DUCivR 7-1(a)(4), Defendant Kennon Tubbs, through counsel, Darin B. Goff, hereby joins in Defendants Logan Clark, Joseph Coombs, and Raymond Merrill's Motion for Summary Judgment[1]. For the reasons stated therein, Tubbs requests that the Court grant him summary judgment on all claims in this matter.[2]

---

[1] Doc. 29.

[2] At the time of the filing of the Motion for Summary Judgment, Tubbs had not been served. Subsequently, Tubbs

Dated this 1st day of August, 2016.

                                  SEAN D. REYES
                                  Utah Attorney General

                                  /s/Darin B. Goff
                                  DARIN B. GOFF
                                  Assistant Utah Attorney General
                                  Attorney for State Defendants

## CERTIFICATE OF MAILING

I certify that on August 1, 2016, I electronically filed the foregoing, **DEFENDANT KENNON TUBBS JOINDER IN MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT**, using the Court's CM/ECF system and I also certify that a true and correct copy of the foregoing was sent by United States mail, postage prepaid, to the following:

Earl L. Barnes
P.O. Box 250 WAE-348
Draper, Utah 84020-0250

                                                        /s/ Cheryl Harris

---

was served. *See* Summons Returned Executed (Doc. 35). As argued in the other Defendants' motion, however, the exhaustion and Governmental Immunity Act arguments made therein, apply equally to Tubbs, and the remaining unserved Defendant, Cody Charlton. Defs.' Mot. for Sum. Judgment, iv, n. 1 (Doc. 29).